# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Elvido Carrillo Carrillo

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5976-LL-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for a Writ of Habeas Corpus and ORDERS Respondents to immediately release Petitioner from custody. This case is hereby closed.

**Date:** 11/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5976-LL-AHG

Respondent: Christopher J. LaRose, Senior Warden Otay Mesa Detention Center; Todd Blanche, United States Attorney General; Markwayne Mullin, Secretary of the Department of Homeland Security; Patrick Divver, ICE San Diego Field Office Director